which was denied on September 24, 1968, contrary to Section 5 or Rule IX of the rules of this Court, 8 LSA–R.S.

214 So.2d 158

∎

**George SOULÉ et al.**

**v.**

**Wade O. MARTIN, Jr., Secretary of State.**

**No. 49514.**

Sept. 30, 1968.

In re: George Soulé et al. applying for writs of certiorari, prohibition and mandamus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a Writ of Certiorari issue herein, directing the Honorable Luther F. Cole Judge of the Nineteenth Judicial District, Court for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 2nd day of October, 10:00 a. m., 1968, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through his attorney shall show cause, in this court, on the date aforesaid, at 10 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.

It is further ordered that, in the meantime and until the further orders of this court all proceedings against the relator in said Nineteenth Judicial District Court shall be stayed and suspended.

Granted with stay order.